UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE DAVIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>IVA KELLY CHERRY and CITY OF RENTON,<br><br>            Defendants. | NO. CV-06-3018-CI<br><br>REPORT AND RECOMMENDATION TO TRANSFER ACTION TO WESTERN DISTRICT OF WASHINGTON |

It appears Mr. Davis's claim arose in the Western District, in Renton, Washington.  Therefore, **IT IS RECOMMENDED** this case be transferred to the United States Court for the Western District of Washington pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof.  Such party shall file with the District Court Executive all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a *de novo* determination of those

REPORT AND RECOMMENDATION TO TRANSFER ACTION . . . -- 1

Case 2:06-cv-03018-CI    Document 5    Filed 05/16/06

portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive shall enter this Report and Recommendation, forward a copy to Plaintiff, and set a case management deadline accordingly.

DATED May 16, 2006.

                     S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO TRANSFER ACTION . . . -- 2