UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE DAVIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>IVA KELLY CHERRY and CITY OF RENTON,<br><br>        Defendants. | NO. CV-06-3018-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON |

    Magistrate Judge Imbrogno filed a Report and Recommendation on May 16, 2006, recommending Mr. Davis's action be transferred to the Western District of Washington. There being no objections, the court **ADOPTS** the Report and Recommendation and directs this action be transferred to the United States Court for the Western District of Washington pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406.

    **IT IS SO ORDERED.** The District Court Executive shall enter this Order, send a copy of this Order to Plaintiff, and forward the file, along with a copy of this Order to the Clerk of Court, United States

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 1

1  District Court for the Western District of Washington, and close the
2  file.  The court notes no determination was made regarding *in forma*
3  *pauperis* status.
4      **DATED** this      9th      day of June 2006.

6                  s/ Fred Van Sickle
                    FRED VAN SICKLE
7              UNITED STATES DISTRICT JUDGE

28  ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 2